**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**McCARTER & ENGLISH, LLP**
Eduardo J. Glas
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921

-and-

Scott H. Bernstein
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Attorneys for Ravel Hotel LLC*

In re:

REVEL AC, INC., et al.,

Debtors.[1]

Chapter 11

Case No.: 14-22654 (GMB)

Jointly Administered

### NOTICE OF MOTION OF RAVEL HOTEL LLC FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY IN THE BANKRUPTCY CASE OF REVEL ENTERTAINMENT GROUP, LLC IN CONNECTION WITH THE TRADEMARK LITIGATION

**PLEASE TAKE NOTICE** that Ravel Hotel LLC ("Ravel Hotel"), through its undersigned counsel, will move before the Honorable Gloria M. Burns, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, 401 Market

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are:  Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387), and SI LLC (3856).  The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401.

ME1 18430264v.3

Street, Courtroom 4C, Camden, New Jersey 08101 on **August 5, 2014 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")**, or as soon thereafter as counsel may be heard, for an order granting the relief sought in the *Motion of Ravel Hotel LLC for Entry of an Order Granting Relief From the Automatic Stay in the Bankruptcy Case of Revel Entertainment Group, LLC in Connection with the Trademark Litigation* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion (each, an "Objection") must be filed with the Clerk of Court together with proof of service thereof, and served so as to be actually received no later than **4:00 p.m. (prevailing Eastern Time) on July 29, 2014 (the "Objection Deadline")** by the undersigned counsel. Objections, if any, must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court; and (c) state with particularity the legal and factual bases for the objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-2, because there are no novel issues of law presented herein, Ravel Hotel respectfully requests that the Court waive the requirement that Ravel Hotel file a brief in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(i), unless the Court authorizes or directs otherwise, prior to the return date hereof, no testimony shall be taken at the hearing on this Motion, except by certification or affidavit.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), oral argument is waived unless an Objection is timely filed and served.

ME1 18430264v.3

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(a) a proposed form of Order incorporating the relief sough is submitted herewith.

Dated: July 2, 2014
      Newark, New Jersey

                                McCARTER & ENGLISH, LLP

                                */s/ Eduardo J. Glas*
                                Eduardo J. Glas
                                245 Park Avenue, 27th Floor
                                New York, NY 10167
                                Telephone: (212) 609-6800
                                Facsimile:  (212) 609-6921

                                      -and-

                                Scott H. Bernstein
                                Four Gateway Center
                                100 Mulberry Street
                                Newark, NJ  07102
                                Telephone: (973) 622-4444
                                Facsimile:  (973) 624-7070

                                *Attorneys for Ravel Hotel LLC*