*Order Filed on 8/8/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
Raymond M. Patella, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834

**WHITE & CASE LLP**
John K. Cunningham, Esq. (admitted *pro hac vice*)
Richard S. Kebrdle, Esq. (admitted *pro hac vice*)
Kevin M. McGill, Esq. (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
(305) 371-2700/fax (305) 358-5744

*Co-Counsel to the Debtors and
Debtors in Possession*

In re:

REVEL AC, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 14-22654 (GMB)

Jointly Administered

**Re: Docket Nos. 57, 178, 189, 404 and 407**

**AGREED ORDER DIRECTING UNITED STATES TRUSTEE TO
APPOINT CONSUMER PRIVACY OMBUDSMAN PURSUANT TO
<u>BANKRUPTCY CODE SECTION 332(a)</u>**

The relief set forth on the following pages two (2) through three (3) is hereby ORDERED:

**DATED: 8/8/2014**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387) and SI LLC (3856). The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401.

MIAMI 1022697

(Page 2)
Debtors:           Revel AC, Inc., et al.
Case No.:          14-22654 (GMB)
Caption of Order:  AGREED ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT CONSUMER PRIVACY OMBUDSMAN PURSUANT TO BANKRUPTCY CODE SECTION 332(a)

Upon (i) the motion [Docket No. 57] (the "Motion")[2] of Revel AC, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") pursuant to sections 105, 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 9008 and Local Rule 6004-1, for, among other things, entry of an order (A) authorizing and approving the sale of substantially all of the assets of the Debtors free and clear of liens, claims, encumbrances and interests and (B) granting related relief, (ii) the objection [Docket No. 178] (the "Objection") of the United States Trustee to the Motion and (iii) the supplementary material [Docket Nos. 404 and 407] (the "Supplementary Material" and, together with the Motion and the Objection, the "Ombudsman Pleadings") the parties have shared with the Court concerning the appointment of a consumer privacy ombudsman (the "Ombudsman"); and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice as set forth in the Ombudsman Pleadings is sufficient under the circumstances, and that no other or further notice need be provided; and upon all of the proceedings had before the Court on July 30, 2014, August 5, 2014 and August 8, 2014; and with the consent of the Debtors, the Office of the United States Trustee for the District of New Jersey (the "UST") and the DIP Lenders; and pursuant to sections 105(d), 332 and 363(b) of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the UST is directed to appoint one disinterested person (other than the UST) to serve as the Ombudsman in these cases, and that the UST shall act with immediate effort to identify and appoint such Ombudsman; and it is further

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

(Page 3)
Debtors: Revel AC, Inc., et al.
Case No.: 14-22654 (GMB)
Caption of Order: AGREED ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT CONSUMER PRIVACY OMBUDSMAN PURSUANT TO BANKRUPTCY CODE SECTION 332(a)

ORDERED that the UST is directed to provide such Ombudsman with notice of the hearing on the Motion to be held on August 18, 2014 at 11:30 a.m.; and it is further

ORDERED that, subject to further order of this Court, such Ombudsman shall perform the functions set forth in section 332(b) of the Bankruptcy Code, and shall at all times comply with section 332(c) of the Bankruptcy Code; and it is further

ORDERED that, subject to further order of this Court, such Ombudsman shall be compensated pursuant to section 330 of the Bankruptcy Code upon approval by the Court of a request for compensation; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

*Approved by Judge Gloria M. Burns August 08, 2014*