Order Filed on 9/16/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esq.<br>Raymond M. Patella, Esq.<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br><br>**WHITE & CASE LLP**<br>John K. Cunningham, Esq. (admitted *pro hac vice*)<br>Richard S. Kebrdle, Esq. (admitted *pro hac vice*)<br>Kevin M. McGill, Esq. (admitted *pro hac vice*)<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>(305) 371-2700/fax (305) 358-5744<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* |
| In re:<br><br>REVEL AC, INC., et al.,<br><br>Debtors.[1] |

Chapter 11

Case No. 14-22654 (GMB)

Jointly Administered

Re: Docket No. ___

**ORDER PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY
RULES 9006(b) AND 9027 EXTENDING THE TIME PERIOD
WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS**

The relief set forth on the following pages two (2) through three (3) is hereby ORDERED:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387) and SI LLC (3856). The location of the Debtors' corporate headquarters is 500 Boardwalk, Atlantic City, New Jersey 08401.

**DATED: 9/16/2014**

ACTIVE 26786425v1 08/25/2014

MIAMI 1024281 (2K)

_____
Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

(Page 2)
Debtors:            Revel AC, Inc., et al.
Case No.:           14-22654 (GMB)
Caption of Order:   ORDER PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY
                    RULES 9006(b) AND 9027 EXTENDING THE TIME PERIOD
                    WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

Upon the motion (the "Motion")[2] of Revel AC, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") pursuant to Section 1452 and Bankruptcy Rules 9006(b) and 9027 for entry of an order extending the time period in which the Debtors may remove civil actions, all as more fully set forth in the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time period within which the Debtors may remove civil actions pending as of the Petition Date pursuant to Section 1452 and Bankruptcy Rule 9027 is enlarged and extended through and including the later of (a) January 15, 2015 or (b) thirty (30) days after entry of an order terminating the automatic stay with respect to any particular action sought to be removed; and it is further

ORDERED that entry of this Order is without prejudice to (i) any position the Debtors may take regarding whether section 362 of the Bankruptcy Code applies to stay any civil proceedings and (ii) the right of the Debtors to seek further extensions of time to remove any and all proceedings; and it is further

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

MIAMI 1024281 (2K)
ACTIVE 26786425v1 08/25/2014

*Approved by Judge Gloria M. Burns September 16, 2014*

(Page 3)
Debtors: Revel AC, Inc., et al.
Case No.: 14-22654 (GMB)
Caption of Order: ORDER PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULES 9006(b) AND 9027 EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.