UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
John H. Strock, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834
mviscount@foxrothschild.com
jstrock@foxrothschild.com

**WHITE & CASE LLP**
John K. Cunningham, Esq. (admitted *pro hac vice*)
Richard S. Kebrdle, Esq. (admitted *pro hac vice*)
Kevin M. McGill, Esq. (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
(305) 371-2700/fax (305) 358-5744
jcunningham@whitecase.com
rkebrdle@whitecase.com
kmcgill@whitecase.com
*Co-Counsel to the Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| REVEL AC, INC., et al., | Case No. 14-22654 (GMB) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MAY 26, 2015 AT 1:30 P.M.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Revel AC, Inc. (3856), Revel AC, LLC (4456), Revel Atlantic City, LLC (9513), Revel Entertainment Group, LLC (2321), NB Acquisition, LLC (9387) and SI LLC (3856). The Debtors' mailing address is PO Box 1750, Atlantic City, NJ 08401.

[2] Parties wishing to participate by telephone can make the necessary arrangements through CourtCall by calling (866) 582-6878 no later than 1:00 p.m. on May 25, 2015. *Please note that parties **are not** required to contact Chambers for permission to appear by telephone, all parties wishing to appear by telephone may call CourtCall directly without first contacting Chambers.*

**RESOLVED MATTER**

1.    Debtors' Cross-Motion to Extend Automatic Stay to Licensor filed on August 4, 2014
[Docket No. 414]

      Response Deadline:    August 14, 2014 at 4:00 p.m.

      Responses Received:

      (a)    Joinder of the Official Committee of Unsecured Creditors to the
Debtors' (I) Objection to the Motion of Ravel Hotel LLC for
Relief from Stay under Section 362 of the Bankruptcy Code and
(II) Cross-Motion to Extend Automatic Stay to Licensor filed on
August 5, 2014 [Docket No. 417]

      (b)    Ravel Hotel LLC's (I) Reply Memorandum of Law in Further
Support of Motion for Entry of an Order Granting Relief from the
Automatic Stay in the Bankruptcy Case of Revel Entertainment
Group, LLC in Connection with the Trademark Litigation, and (II)
Objection to Cross-Motion to Extend Automatic Stay to Non-
Debtor Licensor filed on August 14, 2014 [Docket No. 493]

      Related Documents:

      (a)    Declaration of Scott Bernstein in Support of Ravel Hotel LLC's (I)
Reply Memorandum of Law in Further Support of Motion for
Entry of an Order Granting Relief from the Automatic Stay in the
Bankruptcy Case of Revel Entertainment Group, LLC in
Connection with the Trademark Litigation, and (II) Objection to
Cross-Motion to Extend Automatic Stay to Non-Debtor Licensor
filed on August 14, 2014 [Docket No. 494]

      (b)    Order (I) Denying Motion of Ravel Hotel LLC for Relief from
Stay under Section 362 of the Bankruptcy Code and (II) Extending
Automatic Stay to Licensor entered on August 21, 2104 [Docket
No. 516]

      (c)    Declaration of Terry Glebocki in Support of the Continued
Extension of the Automatic Stay to the Licensor with Respect to
Certain Trademark Litigation with Ravel Motel, LLC filed on
October 29, 2014 [Docket No. 836]

      (d)    Ravel Hotel, LLC's Opposition to Debtors' Request for Continued
Extension of Stay to Non-Debtor Revel Group, LLC filed on
November 6, 2014 [Docket No. 843]

2

Status:          An agreed form of order will be submitted. No hearing is necessary unless the Court orders otherwise.

## CONTINUED MATTERS

2.      Cross-Motion of IDEA Boardwalk, LLC for Clarification of Section 365(h) Rights, filed April 13, 2015 [Docket No. 1577]

Response Deadline: April 16, 2015

Responses Received: None

Related Documents:

(a)      Notice of Cross-Motion of IDEA Boardwalk, LLC for Clarification of Section 365(h) Rights, filed April 13, 2015 [Docket No. 1577]

(b)      Proposed Order Regarding Cross-Motion of IDEA Boardwalk, LLC for Clarification of Section 365(h) Rights, filed April 13, 2015 [Docket No. 1577]

(c)      Amenity Tenants' (I) Limited Objection to Debtors' Second Omnibus Motion to Reject Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to Shutdown Date, and (II) Notice of Election to Maintain Rights and Interests Under 11 U.S.C. §365(h), filed April 13, 2015 [Docket No. 1578]

(d)      Joinder of IDEA Boardwalk, LLC to (1) Supplemental Objection of ACR Energy Partners, LLC to Debtors' Motion for an Order (I) Rejecting Agreements with ACR Energy Partners, LLC Nunc Pro Tunc to the Date of the Motion and (II) Granting Related Relief, and (2) Amenity Tenants' (I) Limited Objection to Debtors' Second Omnibus Motion to Reject Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to Shutdown Date, and (II) Notice of Election to Maintain Rights and Interests Under 11 U.S.C. §365(h), filed April 14, 2015 [Docket No. 1585]

(e)      Supplement to Cross-Motion of IDEA Boardwalk, LLC for Clarification of Section 365(h) Rights, filed April 28, 2015 [Docket No. 1650]

Status:          This matter is continued to June 5, 2015 at 9:30 a.m. with a telephone status conference on May 28, 2015 at 1:30 p.m.

3

3.    Motion for Relief from the Automatic Stay and Waiving the 14-Day Requirement of Rule 4001(a)(3) filed by Richard E. Pierson Construction Co., filed May 5, 2015 [Docket No. 1690]

        Response Deadline:    May 19, 2015 at 4:00 p.m.

        Responses Received:  None to date

        Related Documents:

            (a)    Notice of Motion for Relief from the Automatic Stay and Waiving the 14-Day Requirement of Rule 4001(a)(3) filed by Richard E. Pierson Construction Co., filed May 5, 2015 [Docket No. 1690]

            (b)    Proposed Order Granting Motion for Relief from the Automatic Stay and Waiving the 14-Day Requirement of Rule 4001(a)(3) filed by Richard E. Pierson Construction Co., filed May 5, 2015 [Docket No. 1690]

        Status:        This matter is continued to June 9, 2015 at 1:30 p.m.

## MATTERS GOING FORWARD

4.    Creditor's Motion to Allow Filing of a Late Proof of Claim filed by Consumer Fraud Class Action Litigants on August 26, 2014 [Docket No. 541]

        Response Deadline:    September 8, 2014 at 4:00 p.m. (Extended to December 1, 2014 at 4:00 p.m. for the Debtors)

        Responses Received:

            (a)    Debtors' Limited Objection and Reservation of Rights with Respect to Creditors' Motion to Allow Filing of a Late Proof of Claim filed on September 30, 2014 [Docket No. 693]

            (b)    Debtors' Supplemental Objection to Motion of Class Action Claimants for an Order Allowing Filing of a Late Filed Claim filed on December 1, 2014 [Docket No. 973]

    Related Documents:

            (c)    Creditor's Motion to Allow Filing of a Late Proof of Claim filed by Consumer Fraud Litigants on August 25, 2014 [Docket No. 533]

        Status:        This matter will go forward.

5.      Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed April 24, 2015 [Docket No. 1634]

      Response Deadline:    May 19, 2015 at 4:00 p.m.

      Responses Received:

(a)     Response of Jeffrey Venezia (Claim No. 459) to Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed May 19, 2015 [Docket No. 1742]

(b)     Response to Debtors' Omnibus Objection to Certain Administrative Expense Procedures filed by American Cut AC Marc Forgione, LC, Azure AC Allegretti, LLC and Lugo AC, LLC, filed May 19, 2015 [Docket No. 1750]

(c)     Response of IDEA Boardwalk, LLC to Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed May 19, 2015 [Docket No. 1751]

(d)     Preliminary Response of ACR Energy Partners, LLC to the Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed May 19, 2015 [Docket No. 1752]

      Related Documents:

(a)     Declaration of Shaun Martin in Support of Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed April 24, 2015 [Docket No. 1635]

(b)     Proposed Order Granting Debtors' Omnibus Objection to Certain Administrative Expense Requests, filed April 24, 2015 [Docket No. 1634]

      Status      This matter will go forward, except with respect to the Debtors' objection to the administrative expense claims filed by ACR Energy Partners, LLC and the State of New Jersey, which objection shall be heard on June 4, 2015 at 10 a.m..

Dated:  May 21, 2015                    FOX ROTHSCHILD LLP

                             By: _____*/s/ John H. Strock*_____
                                Michael J. Viscount, Jr., Esq.
                                John H. Strock, Esq.

                                – and –

30142893v2

John K. Cunningham, Esq.
(admitted *pro hac vice*)
Richard S. Kebrdle, Esq.
(admitted *pro hac vice*)
Kevin M. McGill, Esq.
(admitted *pro hac vice*)
WHITE & CASE LLP

*Co-Counsel to the Debtors and
Debtors in Possession*

6